AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG - 6 2018

David J. Bradley, Clerk

| United States of America | ) |
| v. | ) |
| Roberto VILLASENOR | ) Case No. M-18-1592-M |
| (YOB: 1974; ~~Mexico~~) | ) |
| United States | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 841 | Knowingly and intentionally possess with the intent to distribute approximately 58.1 kilograms of methamphetamine, a Schedule II controlled substance in violation of 21 United States Code Section 841. |

This criminal complaint is based on these facts:
SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

Approved by
[signature]

Sworn to before me and signed in my presence.

Date: August 6, 2018
           8:38 am

City and state: McAllen, Texas

[signature]
Complainant's signature

Ryan McTaggart Special Agent HSI
*Printed name and title*

[signature]
Judge's signature

Peter E. Ormsby United States Magistrate Judge
*Printed name and title*

AFFIDAVIT

On August 5, 2018, Roberto VILLASENOR (hereafter referred to as FLORES-Olmos), the driver, and sole occupant, of a Chevrolet truck bearing Texas license plates presented himself for admission at the Hidalgo, Texas, Port of Entry.

When questioned by the Customs and Border Protection Officer, VILLASENOR stated the Chevrolet truck VILLASENOR was traveling in belonged to VILLASENOR.

Customs and Border Protection Officers referred VILLASENOR for secondary inspection and, during secondary inspection, approximately fifty-eight (58.1) kilograms of methamphetamine was discovered concealed inside the tires of the vehicle.

All four tires of the vehicle contained methamphetamine and the methamphetamine was concealed by metal attached to the rims of the vehicle.

VILLASENOR was advised of VILLASENOR's Miranda rights and VILLASENOR stated VILLASENOR did not wish to speak with Special Agents without an attorney present.

After VILLASENOR stated VILLASENOR would not answer questions from agents, and without being questioned further by agents, VILLASENOR stated VILLASENOR had previously been encountered while driving a vehicle which was found to contain marijuana.

VILLASENOR stated during the previous encounter, VILLASENOR was driving a vehicle which VILLASENOR had borrowed but on the date of this encounter VILLASENOR was driving a vehicle which belonged to VILLASENOR.

Record checks confirmed VILLASENOR was encountered on June 14, 2017 with approximately thirty-nine (39.38) kilograms of marijuana.

VILLASENOR also stated VILLASENOR was previously incarcerated in Mexico for approximately fourteen (14) years, after VILLASENOR was arrested for murder in Mexico.